UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Gloria L. Franklin<br>Clerk of Court | San Francisco Bankruptcy Court<br>235 Pine St.<br>P.O. Box 7341<br>San Francisco, CA 94120-7341 | (415) 268-2300 |

**FILED**

JUN 2 3 2008

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Richard W. Wieking, Clerk
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Re: *Maria O. Segovia*          06-30387 TC
                                Judge Thomas E. Carlson

**FILED**

JUN 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# E-filing

Dear Mr. Wieking:          **CV 08          3075          PJH**

[X ] Enclosed please find a conformed copy of the notice of appeal, election to district court
document to form the record on appeal, a certified copy of the docket and order being appealed
for assignment to a district court judge.

[ ] Enclosed please find the notice of appeal, certified copy of the docket and order being
appealed and related papers from BAP and designated items to form the record on appeal for
assignment to a district court judge.

[ ] Enclosed please find the record of designated items and a certificate of record for an appeal
that has been previously sent to the district court.

[ ] Enclosed please find a Bankruptcy Judge's Recommendation that Appeal Be Dismissed and
the Notice of Appeal and associated documents filed with the Bankruptcy Court.

Please acknowledge receipt of this appeal by stamping the district court case number on a copy
of this letter and return it to *United States Bankruptcy Court, San Francisco Division.*

                              Gloria L. Franklin, Clerk
                              United States Bankruptcy Court

Dated: June 23, 2008          By: *Anna Cho-Wong*
                              Deputy Clerk,   Anna Cho-Wong

MEANSNO, APPEAL

# U.S. Bankruptcy Court
## Northern District of California (San Francisco)
### Bankruptcy Petition #: 06-30387
#### Internal Use Only

*Assigned to:* Judge Thomas E. Carlson
Chapter 7
Voluntary
Asset

*Date Filed:* 05/17/2006
*Date Discharged:* 08/23/2006



*Debtor*
**Maria O. Segovia**
17 Juno Road
Tiburon, CA 94920-1346
SSN: 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

represented by **Neal H. Konami**
Law Offices of Neal H. Konami
555 12th St. #1900
Oakland, CA 94607
(510)891-7005
Email: nealkonami@sbcglobal.net

*Trustee*
**E. Lynn Schoenmann**
800 Powell Street
San Francisco, CA 94108
415-362-0415

represented by **Ann E. Soter**
Goldberg, Stinnett, Meyers and Davis
44 Montgomery St.. #2900
San Francisco, CA 94104
(415) 362-5045

**Daniel M. Linchey**
Goldberg, Stinnett, Davis and Linchey
44 Montgomery St. #2900
San Francisco, CA 94104
(415) 362-5045
Email: dlinchey@gsdllaw.com

**Yoshie Valadez**
Meyers Law Group, PC
44 Montgomery St. #1010
San Francisco, CA 94104
(415) 362-7500
Email: yvaladez@mlg-pc.com



UNITED STATES BANKRUPTCY COURT
Northern District of California
I certify that this is a true, correct and full copy
of the original document on file in my custody.
Dated _____ 0-23-08
by _____
Deputy Clerk

*U.S. Trustee*
**Office of the U.S. Trustee / SF**
Office of the U.S. Trustee
235 Pine St
Suite 700
San Francisco, CA 94104
(415) 705-3333

| Filing Date | # | Docket Text |
|---|---|---|
| 05/17/2006 | ●1 | Chapter 7 Voluntary Petition. Fee Amount $299. Financial Management Certificate Due Prior to Discharge. Filed by Maria O. Segovia. Incomplete Filings due by 6/1/2006. Section 521 Filings due by 7/3/2006. Order Meeting of Creditors due by 6/1/2006. (Konami, Neal) (Entered: 05/17/2006) |
| 05/17/2006 | ●2 | Creditor Matrix Filed by Debtor Maria O. Segovia (Attachments: # 1 Creditor Matrix Cover Sheet) (Konami, Neal) (Entered: 05/17/2006) |

| 05/17/2006 | | Receipt of filing fee for Voluntary Petition (Chapter 7)(06-30387) [misc,volp7] ( 299.00). Receipt number 3332434, amount $ 299.00 (U.S. Treasury) (Entered: 05/17/2006) |
| 05/17/2006 | ◑ | First Meeting of Creditors with 341(a) meeting to be held on 06/21/2006 at 09:30 AM at San Francisco U.S. Trustee Office. Objections for Discharge due by 08/21/2006. Proof of Claim due by 09/19/2006. (Konami, Neal) (Entered: 05/17/2006) |
| 05/18/2006 | ◑3 | Order and Notice Regarding Failure of the Debtor(s) to File Schedules, Statements, or Other Required Documents . Non-Compliance (Documents) due by 6/5/2006 (dmb, ) (Entered: 05/18/2006) |
| 05/18/2006 | ◑4 | Notice of Failure to Provide Debtor's Social Security Number . Social Security Form due by 5/25/2006. (dmb, ) (Entered: 05/18/2006) |
| 05/18/2006 | ◑5 | Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, and Deadlines (Generated) . (dmb, ) (Entered: 05/18/2006) |
| 05/20/2006 | ◑6 | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s)5 Generate 341 Notices). Service Date 05/20/2006. (Admin.) (Entered: 05/20/2006) |
| 05/20/2006 | ◑7 | BNC Certificate of Mailing - Notice of Failure to Provide Debtor's Social Security Number (RE: related document(s)4 Notice of Failure to Provide SSN). Service Date 05/20/2006. (Admin.) (Entered: 05/20/2006) |
| 05/20/2006 | ◑8 | BNC Certificate of Mailing (RE: related document(s)3 Order to File Missing Documents). Service Date 05/20/2006. (Admin.) (Entered: 05/20/2006) |
| 05/22/2006 | ◑9 | Statement of Social Security Number. (RE: related document(s)4 Notice of Failure to Provide SSN). Filed by Debtor Maria O. Segovia (Konami, Neal)(THE INCORRECT SOCIAL SECURITY NUMBER IS LISTED. THE ATTORNEY OF RECORD WILL FILE A CORRECTED STATEMENT THAT SHOWS THE CORRECT SOCIAL SECURITY NUMBER.) Modified on 5/23/2006 (dmb, ). (Entered: 05/22/2006) |
| 05/23/2006 | ◑10 | Corrected Statement of Social Security Number. Filed by Debtor Maria O. Segovia (Konami, Neal) (Entered: 05/23/2006) |
| 05/23/2006 | ◑11 | Corrected Statement of Social Security Number. Filed by Debtor Maria O. Segovia (Konami, Neal) [THIS SOCIAL SECURITY NUMBER IS CORRECT PER ATTORNEY ]Modified on 5/24/2006 (dmb, ). (Entered: 05/23/2006) |
| 06/01/2006 | ◑12 | Ex Parte Motion to Extend Time *To File Balance of Required Chapter 7 Documents* Filed by Debtor Maria O. Segovia (Konami, Neal) (Entered: 06/01/2006) |
| 06/13/2006 | ◑13 | Certificate of Credit Counseling Filed by Debtor Maria O. Segovia (Konami, Neal) (Entered: 06/13/2006) |
| 06/13/2006 | ◑14 | Chapter 7 Statement of Current Monthly Income and Means Test Calculation - Form 22A . Filed by Debtor Maria O. Segovia (Konami, Neal) (Entered: 06/13/2006) |
| 06/13/2006 | ◑15 | Schedules A - J *Plus Summary of Schedules, Statistical Summary, & Statement of Financial Affairs* (RE: related document(s)3 Order to File Missing Documents, 1 Voluntary Petition (Chapter 7), Voluntary Petition (Chapter 7)). Filed by Debtor Maria O. Segovia (Konami, Neal) (Entered: 06/13/2006) |
| 06/13/2006 | ◑16 | Payment Advices Filed by Debtor Maria O. Segovia (Konami, Neal) (Entered: 06/13/2006) |

| 06/13/2006 | ❍17 | Disclosure of Compensation of Attorney for Debtor in the Amount of $ 6,000.00 Filed by Debtor Maria O. Segovia (Konami, Neal) (Entered: 06/13/2006) |
| 06/13/2006' | ❍18 | Certification in Support of *Notice to Individual Consumer Debtor Under Section 342(b) of the Bankruptcy Code* (RE: related document(s)3 Order to File Missing Documents). Filed by Debtor Maria O. Segovia (Konami, Neal) (Entered: 06/13/2006) |
| 06/21/2006 | ❍ | Meeting of Creditors Continued on 7/5/2006 at 09:30 AM at San Francisco U.S. Trustee Office. Section 341 Meeting of Creditors held on 6/21/2006. Tape Number: 8. Notes: Continued for production of documents only. (Schoenmann, E.) (Entered: 06/21/2006) |
| 07/05/2006 | ❍ | 341 Meeting of Creditors Held Section 341 Meeting of Creditors held on 7/5/2006. Tape Number: . Notes: (Schoenmann, E.) (Entered: 07/05/2006) |
| 07/07/2006 | ❍19 | Notice of Deficiency of Financial Management Course Certificate Due Before Discharge. (RE: related document(s)1 Voluntary Petition (Chapter 7), Voluntary Petition (Chapter 7)). (dmb, ) (Entered: 07/07/2006) |
| 07/09/2006 | ❍20 | BNC Certificate of Mailing (RE: related document(s)19 Notice of Deficiency Financial Management Course). Service Date 07/09/2006. (Admin.) (Entered: 07/10/2006) |
| 07/17/2006 | ❍21 | Financial Management Course Certificate. Filed by Debtor Maria O. Segovia (Konami, Neal) (Entered: 07/17/2006) |
| 07/19/2006 | ❍22 | Application to Employ Goldberg, Stinnett, Meyers & Davis as Attorneys *for Chapter 7 Trustee* Filed by Trustee E. Lynn Schoenmann (Attachments: # 1 Declaration of Daniel M. Linchey# 2 Certificate of Service) (Linchey, Daniel) (Entered: 07/19/2006) |
| 07/20/2006 | ❍23 | Objection to Claim *of Exemption* Filed by Trustee E. Lynn Schoenmann. (Linchey, Daniel) (Entered: 07/20/2006) |
| 07/20/2006 | ❍24 | Motion to Transfer Case Filed by Trustee E. Lynn Schoenmann (Attachments: # 1 Certificate of Service) (Soter, Ann) (Entered: 07/20/2006) |
| 07/21/2006 | ❍25 | Certificate of Service *of revised [Proposed] Order Upon Trustee's Motion Regarding Related Cases* (RE: related document(s)24 Motion to Transfer Case). (Soter, Ann) (Entered: 07/21/2006) |
| 07/21/2006 | ❍26 | Objection to Debtor's Claim of Exemptions Filed by Creditor Bach Construction Inc. (Prince, Christopher) (Entered: 07/21/2006) |
| 07/24/2006 | ❍27 | Application to Employ Goldberg, Stinnett, Meyers & Davis as Attorneys *for Chapter 7 Trustee* Filed by Trustee E. Lynn Schoenmann (Attachments: # 1 Declaration in Support of Application# 2 Certificate of Service) (Linchey, Daniel) (Entered: 07/24/2006) |
| 07/25/2006 | ❍28 | Order Approving Appointment of Attorneys for Chapter 7 Trustee (RE: related document(s)22 Application to Employ filed by Trustee E. Lynn Schoenmann). (gg, ) (Entered: 07/25/2006) |
| 07/28/2006 | ❍29 | Order Granting (RE: related document(s) 24 Motion to Transfer Case filed by Trustee E. Lynn Schoenmann. Case number 06-30387-TEC, Filed by Maria O. Segovia; case number 06-30388-DM filed by Patricia E. Segovia and case number 06-30389 filed by M. Olga Segovia are related cases. These cases have been reassigned to Judge Thomas E. Carlson. (gg, ) (Entered: 07/31/2006) |
| 07/28/2006 | ❍30 | Order Authorizing Employment of Accountant. Granting Application to Employ Jay D. Crom (Related Doc # 27)gg, ) (Entered: 08/01/2006) |

| 08/02/2006 | ●31 | BNC Certificate of Mailing (RE: related document(s)29 Order, ). Service Date 08/02/2006. (Admin.) (Entered: 08/02/2006) |
| 08/03/2006' |  | Deadlines terminated for 521 Filings due. (gg, ) Modified on 8/3/2006 (gg, ). (Entered: 08/03/2006) |
| 08/03/2006 | ●32 | BNC Certificate of Mailing (RE: related document(s)30 Order on Application to Employ). Service Date 08/03/2006. (Admin.) (Entered: 08/03/2006) |
| 08/07/2006 | ●33 | Request for Notice *with Proof of Service.* Filed by Creditor CitiMortgage Inc.. (Bonial, Hilary) (Entered: 08/07/2006) |
| 08/09/2006 | ●34 | Application to Employ Forrest Faulknor, Inc. c/o Mike Faulknor as Vehicle Auctioneer Filed by Trustee E. Lynn Schoenmann (Attachments: # 1 Verification of Mike Faulknor in Support of Trustee's Application for Employment of Vehicle Auctioneer [Exhibit A attached]# 2 Certificate of Service) (Soter, Ann) (Entered: 08/09/2006) |
| 08/09/2006 | ●35 | Amended Objection to Claim *of Exemption; and Certificate of Service* Filed by Trustee E. Lynn Schoenmann. (Linchey, Daniel) (Entered: 08/09/2006) |
| 08/10/2006 | ●36 | Application to Employ Mark Benson as Real Estate Broker Filed by Trustee E. Lynn Schoenmann (Attachments: # 1 Verification of Mark Benson in Support of Application for Order Approving Trustee?s Employment of Real Estate Broker# 2 Certificate of Service) (Linchey, Daniel) (Entered: 08/10/2006) |
| 08/11/2006 | ●37 | Brief/Memorandum in Opposition to *Creditor Bach Construction Inc.'s Objection to Debtor's Claims of Exemption* (RE: related document(s)26 Objection to Debtor's Claim of Exemptions). Filed by Debtor Maria O. Segovia (Konami, Neal) (Entered: 08/11/2006) |
| 08/11/2006 | ●38 | Certificate of Service (RE: related document(s)37 Opposition Brief/Memorandum). (Konami, Neal) (Entered: 08/11/2006) |
| 08/16/2006 | ●39 | Notice of Intent to Sell Personal Property of the Estate by Auction Sale . Filed by Trustee E. Lynn Schoenmann (Attachments: # 1 Certificate of Service) (Soter, Ann) (Entered: 08/16/2006) |
| 08/17/2006 | ●40 | Order Granting Application to Employ Forrest Faulknor (Related Doc # 34) (gg, ) (Entered: 08/17/2006) |
| 08/17/2006 | ●41 | Order Granting Application to Employ Mark Benson (Related Doc # 36) (gg, ) (Entered: 08/17/2006) |
| 08/19/2006 | ●42 | BNC Certificate of Mailing (RE: related document(s)40 Order on Application to Employ). Service Date 08/19/2006. (Admin.) (Entered: 08/19/2006) |
| 08/19/2006 | ●43 | BNC Certificate of Mailing (RE: related document(s)41 Order on Application to Employ). Service Date 08/19/2006. (Admin.) (Entered: 08/19/2006) |
| 08/23/2006 | ●44 | Order Discharging Debtor (RE: related document(s) Meeting (Chapter 7a)). (gg, ) (Entered: 08/23/2006) |
| 08/25/2006 | ●45 | BNC Certificate of Mailing - Order of Discharge. (RE: related document(s)44 Order Discharging Debtor). Service Date 08/25/2006. (Admin.) (Entered: 08/25/2006) |
| 08/28/2006 | ●46 | Motion to Sell Free and Clear *of Liens (Real Property)* Filed by Trustee E. Lynn Schoenmann (Attachments: # 1 Memorandum of Points and Authorities # 2 Declaration of E. Lynn Schoenmann# 3 Exhibit "A and B" to the Declaration of E. Lynn Schoenmann# 4 Exhibit "C to F" to the Declaration of E. Lynn Schoenmann# 5 Certificate of Service) (Linchey, Daniel) |

|  |  |  |
|---|---|---|
|  |  | (Entered: 08/28/2006) |
| 08/28/2006 | 🔵47 | Notice of Hearing *Regarding Trustee's Motion to Sell Real Property Free and Clear of Liens* (RE: related document(s)46 Motion to Sell Free and Clear *of Liens (Real Property)* Filed by Trustee E. Lynn Schoenmann (Attachments: # 1 Memorandum of Points and Authorities # 2 Declaration of E. Lynn Schoenmann# (3) Exhibit "A and B" to the Declaration of E. Lynn Schoenmann# (4) Exhibit "C to F" to the Declaration of E. Lynn Schoenmann# (5) Certificate of Service) (Linchey, Daniel)). Hearing scheduled for 9/25/2007 at 09:30 AM at San Francisco Courtroom 23 - Carlson. Filed by Trustee E. Lynn Schoenmann (Attachments: # 1 Certificate of Service # 2 Exhibit "A" Matrix to the Certificate of Service) (Linchey, Daniel) CORRECTION: Hearing scheduled for 9/25/06. Modified on 8/29/2006 (gg, ). (Entered: 08/28/2006) |
| 08/29/2006 | 🔵 | **CORRECTIVE ENTRY** Notice of hearing date 9/25/07 incorrect. Court corrected date to read 9/25/06.(RE: related document(s)47 Notice of Hearing, , , ). (gg, ) (Entered: 08/29/2006) |
| 08/30/2006 | 🔵48 | Motion for Relief from Stay RS #KEH-387, Fee Amount $150, Filed by Creditor CitiMortgage Inc. (Attachments: # 1 Declaration # 2 Exhibit A-D# 3 RS Cover Sheet # 4 Certificate of Service) (Herron, Keith) (Entered: 08/30/2006) |
| 08/30/2006 | 🔵49 | Notice of Hearing (RE: related document(s)48 Motion for Relief from Stay RS #KEH-387, Fee Amount $150, Filed by Creditor CitiMortgage Inc. (Attachments: # (1) Declaration # (2) Exhibit A-D# (3) RS Cover Sheet # (4) Certificate of Service) (Herron, Keith)). Hearing scheduled for 9/18/2006 at 01:00 PM at San Francisco Courtroom 23 - Carlson. Filed by Creditor CitiMortgage Inc. (Herron, Keith) (Entered: 08/30/2006) |
| 08/31/2006 |  | Receipt of filing fee for Motion for Relief From Stay(06-30387) [motion,mrlfsty] ( 150.00). Receipt number 3579099, amount $ 150.00 (U.S. Treasury) (Entered: 08/31/2006) |
| 09/01/2006 | 🔵50 | Declaration of Buyers of the Real Property in Support of *Trustee's Motion to Sell Real Property Free and Clear of Liens ( Theresa M., Kevin C., Melissa A., and Robert W. Kent)* (RE: related document(s)46 Motion to Sell Free and Clear, ). Filed by Trustee E. Lynn Schoenmann (Attachments: # 1 Declaration of Kevin C. Kent# 2 Declaration of Melissa A. Kent# 3 Declaration of Robert W. Kent# 4 Certificate of Service) (Linchey, Daniel) (Entered: 09/01/2006) |
| 09/12/2006 | 🔵51 | Declaration of Mark Benson in Support of *Trustee's Motion to Sell Real Property Free and Clear of Liens* (RE: related document(s)46 Motion to Sell Free and Clear, ). Filed by Trustee E. Lynn Schoenmann (Attachments: # 1 Certificate of Service) (Linchey, Daniel) (Entered: 09/12/2006) |
| 09/13/2006 | 🔵52 | Amended Schedules A, B, C, I & Summary of Schedules Filed by Debtor Maria O. Segovia (Attachments: # 1 Amendments Cover Sheet and Certificate of Mailing) (Konami, Neal) (Entered: 09/13/2006) |
| 09/15/2006 | 🔵53 | Notice of Change of Address *Re: New Address of Debtor* Filed by Debtor Maria O. Segovia (Konami, Neal) (Entered: 09/15/2006) |
| 09/18/2006 | 🔵 | **CORRECTIVE ENTRY** Change of address not entered. Court corrected.(RE: related document(s)53 Notice of Change of Address). (gg, ) (Entered: 09/18/2006) |
| 09/19/2006 | 🔵 | Courtroom Hearing Continued (RE: Motion for Relief From Stay - related document(s) 48 ) (Continued to 2/12/2007 01:00 PM at San Francisco Courtroom 23 - Carlson) (gh, ) (Entered: 09/19/2006) |
| 09/25/2006 | 🔵54 | Order Approving the Sale of Real Property Free and Clear of Liens (Related Doc # 46) (gg, ) (Entered: 09/25/2006) |

| 09/27/2006 | 🔵55 | Motion *for Disgorgement of Attorney's Fees* Filed by Trustee E. Lynn Schoenmann (Attachments: # 1 Memorandum of Points and Authorities # 2 Declaration of E. Lynn Schoenmann# 3 Exhibit "A" through "C" to Declaration of E. Lynn Schoenmann) (Valadez, Yoshie) (Entered: 09/27/2006) |
|---|---|---|
| 09/27/2006 | 🔵56 | Notice of Hearing *on Trustee's Motion for Disgorgement of Attorney's Fees* (RE: related document(s)55 Motion *for Disgorgement of Attorney's Fees* Filed by Trustee E. Lynn Schoenmann (Attachments: # (1) Memorandum of Points and Authorities # (2) Declaration of E. Lynn Schoenmann# (3) Exhibit "A" through "C" to Declaration of E. Lynn Schoenmann) (Valadez, Yoshie)). Hearing scheduled for 10/27/2006 at 09:30 AM at San Francisco Courtroom 23 - Carlson. Filed by Trustee E. Lynn Schoenmann (Valadez, Yoshie) (Entered: 09/27/2006) |
| 09/27/2006 | 🔵57 | Certificate of Service *by First Class Mail* (RE: related document(s)56 Notice of Hearing,,,, 55 Motion Miscellaneous Relief, ). (Valadez, Yoshie) (Entered: 09/27/2006) |
| 09/27/2006 | 🔵58 | BNC Certificate of Mailing (RE: related document(s)54 Order on Motion to Sell Free and Clear). Service Date 09/27/2006. (Admin.) (Entered: 09/27/2006) |
| 09/29/2006 | 🔵59 | Motion *for Disallowance of Debtor's Claim of Exemption in Salary Continuance Payments and Motion for Turnover of Estate Property* Filed by Trustee E. Lynn Schoenmann (Attachments: # 1 Memorandum of Points and Authorities in Support of Trustee's Motion for Disallowance of Debtor's Claim of Exemption in Salary Continuation Payments and Motion for Turnover of Estate Property# 2 Declaration of E. Lynn Schoenmann in Support of Trustee's Motion for Disallowance of Debtor's Claim of Exemption in Salary Continuance Payments and Motion for Turnover of Estate Property# 3 Exhibits A - E to Declaration of E. Lynn Schoenmann) (Linchey, Daniel) (Entered: 09/29/2006) |
| 09/29/2006 | 🔵60 | Notice of Hearing *on Trustee's Motion for Disallowance of Debtor's Claim of Exemption in Salary Continuation Payments and Motion for Turnover of Estate Property* (RE: related document(s)59 Motion *for Disallowance of Debtor's Claim of Exemption in Salary Continuance Payments and Motion for Turnover of Estate Property* Filed by Trustee E. Lynn Schoenmann (Attachments: # (1) Memorandum of Points and Authorities in Support of Trustee's Motion for Disallowance of Debtor's Claim of Exemption in Salary Continuation Payments and Motion for Turnover of Estate Property# (2) Declaration of E. Lynn Schoenmann in Support of Trustee's Motion for Disallowance of Debtor's Claim of Exemption in Salary Continuance Payments and Motion for Turnover of Estate Property# (3) Exhibits A - E to Declaration of E. Lynn Schoenmann) (Linchey, Daniel)). Hearing scheduled for 10/27/2006 at 09:30 AM at San Francisco Courtroom 23 - Carlson. Filed by Trustee E. Lynn Schoenmann (Linchey, Daniel) (Entered: 09/29/2006) |
| 09/29/2006 | 🔵61 | Certificate of Service (RE: related document(s)60 Notice of Hearing,,,,, 59 Motion Miscellaneous Relief,, ). (Linchey, Daniel) (Entered: 09/29/2006) |
| 10/13/2006 | 🔵62 | Opposition Brief/Memorandum in Opposition to *Trustee's Motion for Disgorgement of Attorney's Fees* (RE: related document(s)55 Motion Miscellaneous Relief, ). Filed by Debtor Maria O. Segovia (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Declaration Declaration of Maria O. Segovia) (Konami, Neal) (Entered: 10/13/2006) |
| 10/13/2006 | 🔵63 | Opposition Brief/Memorandum in Opposition to *Trustee's Motion for Disallowance of Debtor's Claim of Exemption in Salary Continuation Payments* (RE: related document(s)59 Motion Miscellaneous Relief,, ). Filed by Debtor Maria O. Segovia (Attachments: # 1 Exhibit "Amended" Schedules A, B, C, I, & Summary of Schedules, Filed @9/13/06# 2 Exhibit "Amendments Cover Sheet" RE "Amended Schedules A, B, C, I, & Summary of Schedules @9/13/06# 3 Exhibit #2 Page 1 of 2# 4 Exhibit #2 Page 2 of 2# 5 Exhibit #3 Page 1 of 8# 6 Exhibit #3 Page 2 of 8# 7 Exhibit #3 Page 3 of 8# 8 Exhibit #3 Page 4 of 8# 9 Exhibit #3 Page 5 of 8# 10 Exhibit #3 Page 6 of 8# 11 Exhibit #3 Page 7 of 8# 12 Exhibit #3 Page 8 of 8# 13 Declaration of Maria Segovia in Opposition to Trustee's Motion for Disallowance of Debtor's Claim of Exemption in Salary Continuation Payments) (Konami, Neal) (Entered: 10/13/2006) |

| 10/13/2006 | ⊘64 | Certificate of Service *Re: Debtor's Opposition to Trustee's Motion for Disallowance of Debtor's Claim of Exemption in Salary Continuation Payments AND Declaration of Maria O. Segovia in Opposition to Trustee's Motion for Disallowance of Debtor's Claim of Exemption in Salary Continuation Payments* (RE: related document(s)59 Motion Miscellaneous Relief,, ). (Konami, Neal) (Entered: 10/13/2006) |
| --- | --- | --- |
| 10/13/2006 | ⊘65 | Certificate of Service *Re Debtor's Opposition to Trustee's Motion for Disgorgement of Attorney's Fees AND Declaration of Maria O. Segovia in Opposition to Trustee's Motion for Disgorgement of Attorney's Fees* (RE: related document(s)55 Motion Miscellaneous Relief, ). (Konami, Neal) (Entered: 10/13/2006) |
| 10/20/2006 | ⊘66 | Motion for Entry of Default *Approving Sale of Personal Property and Payment of Auctioneer Fees and Costs* (RE: related document(s)39 Notice of Intent filed by Trustee E. Lynn Schoenmann). Filed by Trustee E. Lynn Schoenmann (Attachments: # 1 Declaration of Ann E. Soter in Support of Trustee's Application for Entry of Order by Default Approving Sale of Personal Property and Payment of Auctioneer Fees and Costs# 2 Exhibits A - C to Declaration Ann E. Soter# 3 Certificate of Service) (Soter, Ann) (Entered: 10/20/2006) |
| 10/20/2006 | ⊘67 | Reply to *Debtor's Opposition to Trustee's Motion for Disallowance of Debtor's Claim of Exemption in Salary Continuation Payments* (RE: related document(s)63 Opposition Brief/Memorandum,,, ). Filed by Trustee E. Lynn Schoenmann (Attachments: # 1 Certificate of Service) (Linchey, Daniel) (Entered: 10/20/2006) |
| 10/20/2006 | ⊘68 | Reply to *Debtor's Opposition to Trustee's Motion for Disgorgement of Attorney's Fees* (RE: related document(s)62 Opposition Brief/Memorandum, ). Filed by Trustee E. Lynn Schoenmann (Attachments: # 1 Declaration of E. Lynn Schoenmann# 2 Exhibit "A" and "B" to Declaration of E. Lynn Schoenmann# 3 Declaration of Mark Benson# 4 Certificate of Service by First Class Mail) (Valadez, Yoshie) (Entered: 10/20/2006) |
| 10/24/2006 | ⊘69 | Motion for Temporary Restraining Order and to Vacate or Modify Order Approving Trustee Sale of Real Property filed by Creditor Victor A. Segovia . (gg, ) Modified on 10/24/2006 (gg, ). (Entered: 10/24/2006) |
| 10/24/2006 | ⊘73 | Hearing Set On (RE: related document(s)69 Motion for Temporary Restraining Order). Hearing scheduled for 10/27/2006 at 09:00 AM at San Francisco Courtroom 23 - Carlson. (gg, ) (Entered: 10/24/2006) |
| 10/24/2006 | ⊘70 | Creditor Segovia's Ex Parte Application for a TRO and Order to Vacate or Modify the Order Approving the Sale of Real Property filed by Creditor Victor A Segovia (gg, ) (Entered: 10/24/2006) |
| 10/24/2006 | ⊘71 | Segovia Declaration Supporting Motion for Preliminary Injunction and Order to Vacate or Modify Order Approving the Sale of Real Property. (RE: related document(s) 69 Motion for Temporary Restraining Order). Filed by Creditor Victor A Segovia (gg, ) (Entered: 10/24/2006) |
| 10/24/2006 | ⊘72 | Certificate of Service (RE: related document(s)69 Motion for Temporary Restraining Order). Filed by Creditor Victor A Segovia (gg, ) (Entered: 10/24/2006) |
| 10/26/2006 | ⊘74 | Brief/Memorandum in Opposition to *Motion for TRO and to Vacate or Modify Order Approving Trustee's Sale of Real Property* (RE: related document(s)70 Motion Miscellaneous Relief, 69 Motion for Temporary Restraining Order). Filed by Trustee E. Lynn Schoenmann (Attachments: # 1 Declaration of Daniel M. Linchey in Support of Trustee's Opposition to Motion for TRO and to Vacate or Modify Order Approving Trustee's Sale of Real Property# 2 Exhibit A to Declaration of Daniel M. Linchey# 3 Exhibits B - I to Declaration of Daniel M. Linchey# 4 Certificate of Service) (Linchey, Daniel) (Entered: 10/26/2006) |
| 10/27/2006 | ⊘75 | Order Denying Motion to Disgorge Fees (Related Doc # 55) (gg, ) (Entered: 10/27/2006) |

| | | |
|---|---|---|
| 10/27/2006 | 🔵76 | Order Denying Motion for Preliminary Injunction and Order to Vacate or Modify Order Approving the Sale of Real Property. (Related Doc # 69) (gg, ) (Entered: 10/27/2006) |
| 10/27/2006 | 🔵 | **ERROR** Exhibit B filed in wrong case number. (RE: related document(s)74 Opposition Brief/Memorandum, , ). (gg, ) (Entered: 10/27/2006) |
| 10/30/2006 | 🔵 | Courtroom Hearing Held (RE: Motion Miscellaneous Relief - related document(s) 59 ) (Motion to disgorge is denied. Motion to stay is denied, court to do order. Exemption issue is submitted.)(gh, ) (Entered: 10/30/2006) |
| 10/30/2006 | 🔵77 | Order Approving Trustee's Sale of Personal Property and Payment of Auctioneer Fees and Costs. (Related Doc # 66) (gg, ) (Entered: 10/30/2006) |
| 11/01/2006 | 🔵78 | BNC Certificate of Mailing (RE: related document(s)77 Order on Motion for Entry of Default). Service Date 11/01/2006. (Admin.) (Entered: 11/01/2006) |
| 11/17/2006 | 🔵79 | Order Setting Schedule Re Tentative Ruling (RE: related document(s)59 Motion Miscellaneous Relief, , filed by Trustee E. Lynn Schoenmann). (gg, ) (Entered: 11/20/2006) |
| 11/20/2006 | 🔵 | Hearing Set On (RE: related document(s)79 Order, 59 Motion *for Disallowance of Debtor's Claim of Exemption in Salary Continuance Payments and Motion for Turnover of Estate Property*). Hearing scheduled for 11/30/2006 at 11:00 AM at San Francisco Courtroom 23 - Carlson. (gg, ) (Entered: 11/20/2006) |
| 11/29/2006 | 🔵80 | Withdrawal of Documents (RE: related document(s)48 Motion for Relief From Stay). Filed by Creditor CitiMortgage Inc. (Attachments: # 1 Certificate of Service) (Herron, Keith) (Entered: 11/29/2006) |
| 11/30/2006 | 🔵 | Hearing Dropped From Calendar (RE: Motion Miscellaneous Relief - related document(s) 59 ) (gh, ) (Entered: 11/30/2006) |
| 11/30/2006 | 🔵 | **ERROR** Entry should reflect title of document. (RE: related document(s)80 Withdrawal of Document). (gg, ) (Entered: 11/30/2006) |
| 11/30/2006 | 🔵81 | Opinion (RE: related document(s)59 Motion Miscellaneous Relief, , filed by Trustee E. Lynn Schoenmann). (gg, ) (Entered: 12/01/2006) |
| 11/30/2006 | 🔵82 | Order Re Trustee's Objection to Debtors Claimed Exemption in Wells Fargo Salary Continuation Payments. (RE: related document(s)59 Motion Miscellaneous Relief, filed by Trustee E. Lynn Schoenmann). (gg, ) (Entered: 12/01/2006) |
| 12/01/2006 | | **COURT ENTRY** Court served debtor, debtor's attorney, trustee, trustee attorney. (RE: related document(s)81 Order). (gg, ) (Entered: 12/01/2006) |
| 12/01/2006 | 🔵83 | Adversary case 06-03180. 12 (Recovery of money/property - 547 preference). Complaint by E. Lynn Schoenmann against Bach Construction, Inc., Victor A Segovia, Wells Fargo Bank, N.A.. Fee Amount $250. (Attachments: # 1 AP Cover Sheet # 2 Summons to be Issued) (Linchey, Daniel) (Entered: 12/01/2006) |
| 12/03/2006 | 🔵84 | BNC Certificate of Mailing (RE: related document(s)81 Order). Service Date 12/03/2006. (Admin.) (Entered: 12/03/2006) |
| 12/03/2006 | 🔵85 | BNC Certificate of Mailing (RE: related document(s)82 Order). Service Date 12/03/2006. (Admin.) (Entered: 12/03/2006) |
| 12/14/2006 | 🔵86 | First Application for Compensation *by Goldberg, Stinnett, Meyers & Davis As Attorneys For Trustee; and Certificate of Service* for Daniel M. Linchey, Trustee's Attorney, Fee: $71,855.00, |

| | | |
|---|---|---|
| | | Expenses: $4,376.57. Filed by Attorney Daniel M. Linchey (Attachments: # 1 Exhibit "A to K" to the First Interim Fee Application) (Linchey, Daniel) (Entered: 12/14/2006) |
| 02/07/2007 | ❾87 | Trustee's Interim Report The UST has reviewed the Trustee's Interim Report and submitted to the U.S. Bankruptcy Court for filing. Filed by Trustee E. Lynn Schoenmann. (U.S. Trustee (pm), ) (Entered: 02/07/2007) |
| 02/07/2007 | ❾88 | First Application for Compensation for E. Lynn Schoenmann, Trustee Chapter 7, Fee: $30000.00, Expenses: $19.48. The UST has reviewed the Application for Compensation of the trustee and submitted to the U.S. Bankruptcy Court for filing. Filed by Trustee E. Lynn Schoenmann. (U.S. Trustee (pm), ) (Entered: 02/07/2007) |
| 02/07/2007 | ❾89 | Notice of Filing of Trustee's Interim Report and Hearing on Application(s) for Compensation. Interim Meeting to be held on 3/22/2007 at 09:30 AM San Francisco Courtroom 23 - Carlson. Filed by Trustee E. Lynn Schoenmann. (U.S. Trustee (pm), ) (Entered: 02/07/2007) |
| 02/11/2007 | ❾90 | BNC Certificate of Mailing (RE: related document(s)89 Interim Meeting Sched/Resched). Service Date 02/11/2007. (Admin.) (Entered: 02/11/2007) |
| 03/08/2007 | ❾91 | Brief/Memorandum in Opposition to (RE: related document(s)88 Application for Compensation,, 86 Application for Compensation, ). Filed by Creditor Victor A Segovia (Attachments: # 1 Declaration # 2 Memorandum of Points and Authorities # 3 Certificate of Service) (Segovia, Victor) (Entered: 03/08/2007) |
| 03/09/2007 | ❾92 | Corrected Brief/Memorandum in Opposition to (RE: related document(s)88 Application for Compensation,, 86 Application for Compensation, ). Filed by Creditor Victor A Segovia (Attachments: # 1 Declaration # 2 Memorandum of Points and Authorities # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Certificate of Service) (Segovia, Victor) (Entered: 03/09/2007) |
| 03/09/2007 | ❾93 | Corrected Brief/Memorandum in Opposition to (RE: related document(s)88 Application for Compensation,, 86 Application for Compensation, ). Filed by Creditor Victor A Segovia (Attachments: # 1 Declaration # 2 Memorandum of Points and Authorities # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Certificate of Service) (Segovia, Victor) (Entered: 03/09/2007) |
| 03/09/2007 | ❾94 | Corrected Brief/Memorandum in Opposition to *(latest version)* (RE: related document(s)88 Application for Compensation,, 86 Application for Compensation, ). Filed by Creditor Victor A Segovia (Attachments: # 1 Declaration # 2 Memorandum of Points and Authorities # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Certificate of Service) (Segovia, Victor) (Entered: 03/09/2007) |
| 03/12/2007 | ❾ | **ERROR** PDF and docket text does not match. (RE: related document(s)92 Opposition Brief/Memorandum, ). (gg, ) Modified on 3/12/2007 (gg, ). (Entered: 03/12/2007) |
| 03/12/2007 | ❾95 | Reply to *Creditor Segovia's Opposition to Applications for Interim Compensation; and Certificate of Service* (RE: related document(s)94 Opposition Brief/Memorandum,, 91 Opposition Brief/Memorandum,, 92 Opposition Brief/Memorandum,, 93 Opposition Brief/Memorandum,, 88 Application for Compensation,, 86 Application for Compensation, ). Filed by Trustee E. Lynn Schoenmann (Linchey, Daniel) (Entered: 03/12/2007) |
| 03/13/2007 | ❾96 | Notice Regarding *Trustee's Abandonment of Appeal Re Maria O. Segovia, et al. v. Peter Bach, et al.; and Certificate of Service* Filed by Trustee E. Lynn Schoenmann (Attachments: # 1 Exhibit "A" Matrix) (Linchey, Daniel) (Entered: 03/13/2007) |
| 03/20/2007 | ❾97 | Stipulation, Facilitate Chapter 7 Trustee Stock Option Exercise Filed by Creditor Wells Fargo & Co., Trustee E. Lynn Schoenmann. (Attachments: # 1 Exhibit A# 2 Certificate of Service) (Cram, Donald) Modified on 3/21/2007 (gg, ). (Entered: 03/20/2007) |
| 03/22/2007 | ❾ | Courtroom Hearing Held (RE: Interim Meeting Sched/Resched - related document(s) 89 ) (Final Account anf fees are approved, orders to be uploaded.)(gh, ) (Entered: 03/22/2007) |

| 03/22/2007 | ●98 | Order Granting Application For Compensation (Related Doc # 88). fees awarded: $30000.00, expenses awarded: $19.48 for E. Lynn Schoenmann (gg, ) (Entered: 03/22/2007) |
| 03/22/2007 | ●99 | Order Granting Application For Compensation (Related Doc # 86). fees awarded: $71855.00, expenses awarded: $4376.57 for Daniel M. Linchey (gg, ) (Entered: 03/22/2007) |
| 03/23/2007 | ●100 | Order Approving Stipulation Facilitating Chapter 7 Trustees Stock Option Exercise Under Qualified Employee Stock Option Plan. (RE: related document(s)97 Stipulation for Miscellaneous Relief filed by Trustee E. Lynn Schoenmann, Creditor Wells Fargo & Co.). (gg, ) (Entered: 03/23/2007) |
| 03/25/2007 | ●101 | BNC Certificate of Mailing (RE: related document(s)100 Order, ). Service Date 03/25/2007. (Admin.) (Entered: 03/25/2007) |
| 03/30/2007 | ●102 | Substitution of Attorney . Attorney Christopher E. Prince terminated. David B. Draper added to the case. Filed by Creditor Bach Construction Inc. (Attachments: # 1 Proposed Order) (Prince, Christopher) (Entered: 03/30/2007) |
| 04/02/2007 | ● | **ERROR** Case number on Substitution of Attorney is incorrect. In addition, Order should be uploaded to chambers. (RE: related document(s)102 Substitution of Attorney). (gg, ) Modified on 4/2/2007 (gg, ). (Entered: 04/02/2007) |
| 04/04/2007 | ●103 | Affidavit Re: *Service of Papers* (RE: related document(s)102 Substitution of Attorney). Filed by Attorney Sonnenschein Nath & Rosenthal LLP (Prince, Christopher) (Entered: 04/04/2007) |
| 04/05/2007 | ●104 | Motion to Abandon */Trustee's Application for Order Authorizing and Approving Trustee's Abandonment of Appeal Re Maria O. Segovia, et al. v. Peter Bach, et al.* Filed by Trustee E. Lynn Schoenmann (Attachments: # 1 Declaration of Daniel M. Linchey in Support of Application# 2 Exhibit "A" to Declaration of Daniel M. Linchey# 3 Certificate of Service) (Linchey, Daniel) (Entered: 04/05/2007) |
| 04/05/2007 | ● | **ERROR** Wrong event code used. (RE: related document(s)103 Affidavit). (gg, ) (Entered: 04/05/2007) |
| 04/06/2007 | ●105 | Order (RE: related document(s)102 Substitution of Attorney filed by Creditor Bach Construction Inc.). (cog, ) (Entered: 04/09/2007) |
| 04/11/2007 | ●106 | BNC Certificate of Mailing (RE: related document(s)105 Order). Service Date 04/11/2007. (Admin.) (Entered: 04/11/2007) |
| 04/13/2007 | ●107 | Amended Schedule B, Schedule C,. *Re: Wells Fargo Employee Stock Option Plan (ESOP)* Filed by Debtor Maria O. Segovia (Attachments: # 1 Amended Schedules Cover Sheet and Certificate of Mailing) (Konami, Neal) (Entered: 04/13/2007) |
| 04/16/2007 | ●108 | Order Approving and Authorizing Trustee's Abandonment of Appeal RE Maria O. Segovia, el.al v. Peter Bach, et.al.(Related Doc # 104) (gg, ) (Entered: 04/17/2007) |
| 04/19/2007 | ●109 | BNC Certificate of Mailing (RE: related document(s)108 Order on Motion to Abandon). Service Date 04/19/2007. (Admin.) (Entered: 04/19/2007) |
| 04/20/2007 | | Attorney David B. Draper for Bach Construction Inc. added to case . (gg, ) (Entered: 04/20/2007) |
| 05/07/2007 | ●110 | Answer to Complaint , Crossclaim by Victor A Segovia against Bach Construction Inc. Filed by Victor A Segovia. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit # 12 Exhibit # 13 Certificate of Service)(Segovia, Victor) (Entered: 05/07/2007) |

| 05/07/2007 | ◓ | **ERROR** Answer to Complaint must be filed in the adversary proceeding. (RE: related document(s)110 Answer to ComplaintCrossclaim, ). (gg, ) (Entered: 05/31/2007) |
| 05/09/2007 | ◓111 | Objection *to Debtor's Second Amended Schedule C* (RE: related document(s)107 Amended Schedules (A, B, C, H, I and J - No Fee Required)). Filed by Trustee E. Lynn Schoenmann (Attachments: # 1 Declaration of Daniel M. Linchey# 2 Exhibit "A" to the Declaration of Daniel M. Linchey# 3 Certificate of Service) (Linchey, Daniel) (Entered: 05/09/2007) |
| 05/09/2007 | ◓112 | Notice of Hearing *on Trustee's Objection to Debtor's Second Amended Schedule C* (RE: related document(s)111 Objection *to Debtor's Second Amended Schedule C* (RE: related document(s)107 Amended Schedules (A, B, C, H, I and J - No Fee Required)). Filed by Trustee E. Lynn Schoenmann (Attachments: # (1) Declaration of Daniel M. Linchey# (2) Exhibit "A" to the Declaration of Daniel M. Linchey# (3) Certificate of Service) (Linchey, Daniel)). Hearing scheduled for 6/11/2007 at 09:30 AM at San Francisco Courtroom 23 - Carlson. Filed by Trustee E. Lynn Schoenmann (Linchey, Daniel) (Entered: 05/09/2007) |
| 05/17/2007 | ◓113 | Amended Stipulation, Facilitating Chapter 7 Trustee's Stock Option Exercise Filed by Trustee E. Lynn Schoenmann, Creditor Wells Fargo & Co.. (Attachments: # 1 Exhibit A - Wells Fargo Exercise of Stock Option Form# 2 Certificate of Service) (Cram, Donald) (Entered: 05/17/2007) |
| 05/22/2007 | ◓114 | Supplemental Declaration of Daniel M. Linchey in Support of *Trustee's Objection to Debtor's Second Amended Schedule C* (RE: related document(s)111 Objection, ). Filed by Trustee E. Lynn Schoenmann (Attachments: # 1 Exhibit "A" to the Supplemental Declaration# 2 Declaration of Paula S. Roe# 3 Exhibit "A" to the Declaration of Paula S. Roe# 4 Certificate of Service) (Linchey, Daniel) (Entered: 05/22/2007) |
| 05/29/2007 | ◓115 | Order Approving Amended Stipulation Facilitating Chapter 7 Trustee's Stock Option Exercise. (RE: related document(s)113 Stipulation for Miscellaneous Relief filed by Trustee E. Lynn Schoenmann, Creditor Wells Fargo & Co.). (gg, ) (Entered: 05/30/2007) |
| 06/01/2007 | ◓116 | BNC Certificate of Mailing (RE: related document(s)115 Order). Service Date 06/01/2007. (Admin.) (Entered: 06/01/2007) |
| 06/05/2007 | ◓117 | Declaration of Maria O. Segovia in In Support of *Her Amended Claim of Exemption For Her Entire Interest in the Wells Fargo LTICP Stock Options* (RE: related document(s)111 Objection, ). Filed by Debtor Maria O. Segovia (Attachments: # 1 Exhibit A "LTICP" or "Plan"# 2 Exhibit B "Amendment to Plan"# 3 Exhibit C "LTICP Awards"# 4 Exhibit D "LTICP Prospectus"# 5 Exhibit E "Retirement Package Letter"# 6 Exhibit F "Debtor's Letter to WF Plan Administrator"# 7 Exhibit G "WF LTICP Administrator's Reply Letter") (Konami, Neal) (Entered: 06/05/2007) |
| 06/11/2007 | ◓ | Courtroom Hearing Held (RE: Objection - related document(s) 111 ) (Trial set for 8/14/07 at 9:30 AM, Discovery Cutoff is 7/31/07. Court to do order.)(gh, ) (Entered: 06/11/2007) |
| 06/12/2007 | ◓118 | Trial Scheduling Order . Discovery due by 7/31/2007. Trial date set for 8/14/2007 at 09:30 AM at San Francisco Courtroom 23 - Carlson. (mw, ) (Entered: 06/13/2007) |
| 07/17/2007 | ◓119 | Stipulation, Continue Trial Date and Discovery Cut-Off re Objection to Debtor's Claim of Exemption in Stock Options Filed by Trustee E. Lynn Schoenmann, Debtor Maria O. Segovia (RE: related document(s)118 Scheduling Order). (Linchey, Daniel) (Entered: 07/17/2007) |
| 07/24/2007 | ◓120 | Order Continuing Trial Date And Discovery Cut-Off Re Objection To Debtor's Claim Of Exemption in Stock Options. (RE: related document(s)119 Stipulation for Miscellaneous Relief filed by Trustee E. Lynn Schoenmann, Debtor Maria O. Segovia). (mw, ) (Entered: 07/24/2007) |
| 07/24/2007 | ◓ | Hearing Continued (RE: related document(s)120 Order,, 118 Scheduling Order). Trial date set for 10/23/2007 at 9:30 AM San Francisco Courtroom 23 - Carlson for 118, (mw, ) (Entered: 07/25/2007) |

| | | |
|---|---|---|
| 08/16/2007 | ❑ | Discovery dealine updated as per order (RE: related document(s)118 Scheduling Order). Discovery due by 9/28/2007. (cog, ) (Entered: 08/16/2007) |
| 09/29/2007 | ❑121 | Amended Schedule B, Schedule C,. *Re: Wells Fargo "Long Term Incentive Compensation Plan" (LTICP) Stock Options(ESOP)* Filed by Debtor Maria O. Segovia (Attachments: # 1 Amendment Cover Sheet & Certicate of Mailing) (Konami, Neal) (Entered: 09/29/2007) |
| 10/01/2007 | ❑ | **CORRECTIVE ENTRY** Court Corrected the Statistical Data for Schedule B-Personal Property to match pdf (RE: related document(s)121 Amended Schedules (A, B, C, H, I and J - No Fee Required). (dc, ) (Entered: 10/01/2007) |
| 10/08/2007 10/08/2007 | ❑122 | Objection *to Debtor's Third Amended Schedule C (Certificate of Service attached)* (RE: related document(s)121 Amended Schedules (A, B, C, H, I and J - No Fee Required)). Filed by Trustee E. Lynn Schoenmann (Linchey, Daniel) (Entered: 10/08/2007) |
| 10/11/2007 | ❑123 | Stipulation, Vacating Orders re Trial Date and Discovery Cut-Off re Objection to Debtor's Claim of Exemptions in Stock Options Filed by Trustee E. Lynn Schoenmann, Debtor Maria O. Segovia (RE: related document(s)118 Scheduling Order, 120 Order, ). (Linchey, Daniel) (Entered: 10/11/2007) |
| 10/19/2007 | ❑124 | Order Vacating Orders Re: Trial Date and Discovery Cut-Off Re: Objection to Debtor's Claim of Exemption and Exclusion in Stock Options (RE: related document(s) 120 Order. (dc, ) (Entered: 10/19/2007) |
| 10/26/2007 | ❑125 | Notice of Hearing *on Motion to Compel Deposition of Victor Segovia and for Monetary Sanctions* Hearing scheduled for 11/26/2007 at 09:30 AM at San Francisco Courtroom 23 - Carlson. Filed by Cross Defendant Bach Construction Inc.. (Draper, David) (Entered: 10/26/2007) |
| 10/26/2007 | ❑126 | Motion to Compel *Deposition of Victor Segovia and for Monetary Sanctions*.. Filed by Cross Defendant Bach Construction Inc.. (Draper, David) (Entered: 10/26/2007) |
| 10/26/2007 | ❑127 | Memorandum of Points and Authorities in Support of *Motion to Compel Deposition of Victor Segovia and for Monetary Sanctions* (RE: related document(s)126 Motion to Compel). Filed by Cross Defendant Bach Construction Inc. (Draper, David) (Entered: 10/26/2007) |
| 10/26/2007 | ❑128 | Declaration of David B. Draper in in support of *Motion to Compel Deposition of Victor Segovia and for Monetary Sanctions* (RE: related document(s)126 Motion to Compel). Filed by Cross Defendant Bach Construction Inc. (Draper, David) (Entered: 10/26/2007) |
| 10/26/2007 | ❑129 | Certificate of Service (RE: related document(s)126 Motion to Compel). Filed by Cross Defendant Bach Construction Inc. (Draper, David) (Entered: 10/26/2007) |
| 10/26/2007 | ❑130 | Ex Parte Motion to Shorten Time *For Notice of Hearing Of Motion to Compel Deposition of Victor Segovia and For Monetary Sanctions; Declaration of David B. Draper* Filed by Cross Defendant Bach Construction Inc. (RE: related document(s)126 Motion to Compel filed by Creditor Bach Construction Inc., Cross Defendant Bach Construction Inc.). (Draper, David) (Entered: 10/26/2007) |
| 10/26/2007 | ❑131 | Certificate of Service (RE: related document(s)130 Motion to Shorten Time, ). Filed by Cross Defendant Bach Construction Inc. (Draper, David) (Entered: 10/26/2007) |
| 10/29/2007 | ❑ | **ERROR** Motion should always be filed first. Then the Notice of Hearing (RE: related document(s) 125 Notice of Hearing. (dc, ) (Entered: 10/29/2007) |
| 11/07/2007 | ❑ | Hearing Held (RE: related document(s)126 Motion to Compel *Deposition of Victor Segovia and for Monetary Sanctions* .., 130 Ex Parte Motion to Shorten Time *For Notice of Hearing Of Motion to Compel Deposition of Victor Segovia and For Monetary Sanctions; Declaration of* |

| | | |
|---|---|---|
| | | *David B. Draper).* Motion Granted. Order signed. (ba, ) (Entered: 11/07/2007) |
| 02/06/2008 | ◑132 | Notice of *Status Conference re Debtor's Claim of Exemption and Exclusion in Stock Options (Certificate of Service attached)* Status Conference to be held on 3/3/2008 at 09:30 AM at San Francisco Courtroom 23 - Carlson. Filed by Trustee E. Lynn Schoenmann (Linchey, Daniel) (Entered: 02/06/2008) |
| 03/03/2008 | ◑ | Courtroom Hearing Held (RE: Notice of Status Conference - related document(s) 132 ) (Trial is set for 6/3/08 at 9:30 AM, Discovery is closed. Trustee to do order.)(gh, ) (Entered: 03/03/2008) |
| 03/03/2008 | ◑133 | Certificate of Service *of Proposed Trial Scheduling Order* (Linchey, Daniel) (Entered: 03/03/2008) |
| 03/05/2008 | ◑134 | Trial Scheduling Order . Trial date set for 6/3/2008 at 09:30 AM at San Francisco Courtroom 23 - Carlson. (ac, ) (Entered: 03/06/2008) |
| 03/12/2008 | ◑ | **CORRECTIVE ENTRY** Court removed cross-claimant and cross defendant from main case. Attorney added parties in error. (ac, ) (Entered: 03/12/2008) |
| 04/11/2008 | ◑135 | Notice Regarding *Notice unavailability* Filed by Creditor Victor A Segovia. (Attachments: # 1 Certificate of Service certificate of service 4_11_08) (Segovia, Victor) (Entered: 04/11/2008) |
| 05/13/2008 | ◑136 | Transcript, Date of Hearing: 10-27-06*Motion for Disgorgement; Trustee's Motion for Disallowance and for Turnover; Motion for a Temporary Restraining Order.* (McCall, Jo) (Entered: 05/13/2008) |
| 05/14/2008 | ◑137 | Adversary case 08-03046. 12 (Recovery of money/property - 547 preference) Complaint by E. Lynn Schoenmann against Wells Fargo Bank, N.A.. Fee Amount $250. (Attachments: # 1 AP Cover Sheet # 2 Summo ns to be Issued) (Ray, Katherine) (Entered: 05/14/2008) |
| 05/14/2008 | ◑138 | Adversary case 08-03047. 12 (Recovery of money/property - 547 preference) Complaint by E. Lynn Schoenmann against Citibank, N.A.. Fee Amount $250. (Attachments: # 1 AP Cover Sheet # 2 Summons to be Issued) (Ray, Katherine) (Entered: 05/14/2008) |
| 05/27/2008 | ◑139 | Stipulation, Of Facts Regarding Trial on Trustee's Objection to Debtor's Claim of Exemption and Exclusion re Stock Options Filed by Trustee E. Lynn Schoenmann, Debtor Maria O. Segovia. (Attachments: # 1 Exhibits A and B to Stipulation) (Linchey, Daniel) (Entered: 05/27/2008) |
| 05/27/2008 | ◑140 | Trial Brief *Regarding Trustee's Objection to Debtor's Claims of Exemption and Exclusion Regarding Stock Options* Filed by Trustee E. Lynn Schoenmann (Attachments: # 1 Certificate of Service) (Linchey, Daniel) (Entered: 05/27/2008) |
| 05/27/2008 | ◑141 | Trial Brief *of Debtor Re: Stock Option Exclusion & Exemption* (RE: related document(s)122 Objection). Filed by Debtor Maria O. Segovia (Konami, Neal) (Entered: 05/27/2008) |
| 06/05/2008 | ◑ | Hearing Held (Trial is concluded, matter is under submission).(RE: related document(s)134 Scheduling Order). (gh, ) (Entered: 06/05/2008) |
| 06/09/2008 | ◑142 | Memorandum Re Trustee's Objection To Claimed Exemption In Wells Fargo Long-Term Incentive Compensation Plan (RE: related document(s)122 Objection filed by Trustee E. Lynn Schoenmann). (cog, ) (Entered: 06/10/2008) |
| 06/09/2008 | ◑143 | Order Sustaining Trustee's Objection To Claimed Exemption In Wells Fargo Long-Term Incentive Compensation Plan (RE: related document(s)122 Objection filed by Trustee E. Lynn Schoenmann). (cog, ) (Entered: 06/10/2008) |

| 06/16/2008 | ○ | Disposition of Adversary 3-08-ap-03046. Voluntary Dismissal. (mw, ) (Entered: 06/16/2008) |
| 06/16/2008 | ○ | Adversary Case Closed 3-08-ap-03046. (mw, ) (Entered: 06/16/2008) |
| 06/19/2008 | ○144 | Notice of Appeal to District Court *of Bankruptcy Court Order Sustaining Trustee's Objection to Debtor's Claimed Exclusion/Exemption in Wells Fargo Long-Term Incentive Compensation Plan*, Fee Amount $ 255. (RE: related document(s)143 Order on Objection). Appellant Designation due by 6/30/2008. Transmission to District Court due by 7/21/2008. Filed by Debtor Maria O. Segovia (Konami, Neal) (Entered: 06/19/2008) |
| 06/19/2008 | | Receipt of filing fee for Notice of Appeal(06-30387) [appeal,ntcapl] ( 255.00). Receipt number 5630165, amount $ 255.00 (U.S. Treasury) (Entered: 06/19/2008) |
| 06/19/2008 | ○145 | Statement of Election to District Court, (RE: related document(s)144 Notice of Appeal, filed by Debtor Maria O. Segovia). Filed by Debtor Maria O. Segovia (Konami, Neal) (Entered: 06/19/2008) |
| 06/19/2008 | ○146 | Certificate of Service *Re: Notice of Appeal, Separate Statement of Election to District Court, & Notice(s) of Electronic Filing of Notice of Appeal, "Separate Statement," & Certificate of Service* (RE: related document(s)145 Statement of Election on Appeal, 144 Notice of Appeal, ). Filed by Debtor Maria O. Segovia (Konami, Neal) (Entered: 06/19/2008) |
| 06/23/2008 | ○147 | Courts Certificate of Mailing. Number of notices mailed: 3 (RE: related document(s)145 Statement of Election on Appeal, 146 Certificate of Service,, 144 Notice of Appeal, ). (ac, ) (Entered: 06/23/2008) |
| 06/23/2008 | ○148 | Transmittal of Record on Appeal to District Court (RE: related document(s)144 Notice of Appeal, ). (ac, ) (Entered: 06/23/2008) |

1  NEAL H. KONAMI (STATE BAR #111730)
   ATTORNEY AT LAW
2  555 12th Street, Suite 1900
3  Oakland, CA 94607-4098
   (415) 274-0956
4
5  Attorney for Debtor

6              UNITED STATES BANKRUPTCY COURT
               NORTHERN DISTRICT OF CALIFORNIA
7

8
   In re:                          )   Case No. 06-30387-TEC
9                                   )   Chapter 7
10 MARIA O. SEGOVIA,                )
                                    )
11                                  )
            Debtor.                 )
12                                  )
   _____ )
13
                        **NOTICE OF APPEAL**
14
15     Maria O. Segovia, the debtor herein, appeals pursuant to

16 28 U.S.C. § 158(a) from the order of the bankruptcy judge, the

17 Honorable Thomas E. Carlson, entered on June 10, 2008,

18 sustaining the trustee's objection to the debtor's claimed

19 exemption in the Wells Fargo Long-Term Incentive Compensation
20
   Plan.
21
22     The names, addresses, and telephone numbers of the

23 debtor's and trustee's respective attorneys are as follows:

24
25 Neal H. Konami, Esq.
   Law Offices of Neal H. Konami, Esq.
26 555 12th Street, Suite 1900
   Oakland, CA 94607-4098
27 (415) 274-0956
28 [Attorney for Debtor, Maria O. Segovia]


   **NOTICE OF APPEAL**

                              - 1 -

1  Daniel M. Linchey, Esq.
2  Goldberg, Stinnett, Davis & Linchey
   44 Montgomery St., Suite 2900
3  San Francisco, CA 94104
   (415) 362-5045
4  [Attorney for Chapter 7 Trustee, E. Lynn Schoenmann]

5

6

7

8

9  Dated: 6/9/2008        /s/ Neal H. Konami
                          Neal H. Konami, Esq.
10                        Attorney for Debtor & Appellant,
                          Maria O. Segovia
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF APPEAL**

- 2 -

1   NEAL H. KONAMI (STATE BAR #111730)
    ATTORNEY AT LAW
2   555 12ᵗʰ Street, Suite 1900
3   Oakland, CA 94607-4098
    (415) 274-0956
4
5   Attorney for Debtor

6                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF CALIFORNIA
7

8
    In re:                          )   Case No. 06-30387-TEC
9                                    )   Chapter 7
10  MARIA O. SEGOVIA,                )
                                     )
11                                   )
                    Debtor.          )
12                                   )
                                     )
13

14          **SEPARATE STATEMENT OF ELECTION TO HAVE APPEAL
                  HEARD BY THE DISTRICT COURT**
15

16       Maria O. Segovia, the debtor herein, elects pursuant to

17  28 U.S.C. § 158(c)(1)(A) to file concurrently with her Notice

18  of Appeal, pursuant to 28 U.S.C. § 158(a)(1), this "separate

19  statement of election" to have her appeal heard by the district
20
21  court.  Fed.R.Bankr.P. 8001(e).  See also Amended Order

22  Continuing the Bankruptcy Appellate Panel of the Ninth Circuit,

23  at ¶ 3. (last amended May 9, 2002); Ioane v. Collins (In re

24  Ioane), 227 B.R. 181, 183 (9ᵗʰ Cir. BAP 1998); and HBI, Inc. v.
25
    Sessions Payroll Mgmt., Inc. (In re Mackey), 232 B.R. 784, 785-
26
27  86 (9ᵗʰ Cir. BAP 1999).

28

    SEPARATE STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY THE DISTRICT COURT

                              - 1 -

            Case: 06-30387   Doc #: 145   Filed: 06/19/2008   Page 1 of 2

1

2

3

4

5

Dated: 6/19/2008        */s/ Neal H. Konami*
                        Neal H. Konami, Esq.
6
                        Attorney for Debtor & Appellant,
7                       Maria O. Segovia

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SEPARATE STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY THE DISTRICT COURT

- 2 -

1

**CERTIFICATE OF SERVICE**

2

       I, Neal H. Konami, declare: I am a citizen of the United
3    States, over 18 years of age, employed in the City of Oakland,
     County of Alameda, State of California, and not a party to the
4    within action; my business address is 555 12th St., Suite 1900,
     Oakland, California 94607-4098; that on the date set out below,
5    I deposited in the United States mails, in an envelope bearing
     the requisite postage, a copy of:
6

7    **1)    NOTICE OF APPEAL;**
     **2)    SEPARATE STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY THE**
8    **       DISTRICT COURT;**
     **3)    CERTIFICATE OF SERVICE Re: NOTICE OF APPEAL & SEPARATE**
9    **       STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY DISTRICT**
     **       COURT; and**
10   **4)    NOTICE(S) OF ELECTRONIC FILING OF NOTICE OF APPEAL,**
11   **       "SEPARATE STATEMENT," & CERTIFICATE OF SERVICE**
     *[Maria O. Segovia Ch7 Case No. 06-30387-TEC; Appeal of Order,*
12   *entered 6/10/08, sustaining objection to claimed*
13   *exclusion/exemption in WF LTICP (Hon. Carlson).]*

14   addressed to:

15
     Office of the U.S. Trustee
16   San Francisco Division
     235 Pine Street, Suite 700
17   San Francisco, CA 94104-3401

18
     Daniel M. Linchey, Esq.
19   c/o Goldberg Stinnett et al
     44 Montgomery Street, Suite 2900
20   San Francisco, CA 94104
     [Attorney for Chapter 7 Trustee, E. Lynn Schoenmann]
21

22   at their last known address at which place there is service by
     United States mail.
23

24         I declare under penalty of perjury that the foregoing is
     true and correct.   This Certificate is executed on June 19,
25   2008 at Oakland, California.

26         I certify under penalty of perjury that the foregoing is
     true and correct.
27

28                         */s/ Neal H. Konami*
                           Neal H. Konami


CERTIFICATE OF SERVICE RE: NOTICE OF APPEAL & SEARATE STATEMENT OF ELECTION (APPEAL TO
DISTRICT COURT)

**Entered on Docket**
**June 10, 2008**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: June 09, 2008**

**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | ) Case No. 06-30387 TEC 7 |
| MARIA O. SEGOVIA, | ) |
| | ) Chapter 7 |
| | ) |
| | ) |
| | ) |
| Debtor. | ) |

**ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIMED EXEMPTION IN WELLS FARGO LONG-TERM INCENTIVE COMPENSATION PLAN**

On June 5, 2008, the court held a hearing on the chapter 7 trustee's objection to the exemption Debtor claimed in her interests in the Wells Fargo Long-Term Incentive Compensation Plan (LTICP). Daniel M. Linchey appeared for Trustee. Neal H. Konami appeared for Debtor. Upon due consideration, and for the reasons stated in the accompanying memorandum, the court hereby orders as follows:

Trustee's objection to Debtor's claim of exemption in the LTICP is sustained in its entirety.

**\*\*END OF ORDER\*\***

1                              __Court Service List__

2
    Neal H. Konami, Esq.
3   Law Offices of Neal H. Konami
    555 12th Street, Suite 1900
4   Oakland, CA 94607-4098

5   Daniel M. Linchey, Esq.
    Goldberg, Stinnett, Meyers and Davis
6   44 Montgomery Street, Suite 2900
    San Francisco, CA 94104
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28