UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

No. C- 08-03075 PJH

RE: MARIA SEGOVIA,

    Debtor
_____/

**E-filing**

RE:  Maria Segovia

Bankruptcy Case:  06-30387 TC

Adversary No.:

BAP No.:

Appellant:

The appeal has been assigned the following case number, C08-03075 **PJH** before the Honorable Phyllis J. Hamilton.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing.

Pursuant to Fed. R. Bankr. P. 8010 and B.L.R. 8010-1, the appellant must serve and file a brief not exceeding 25 pages in length 30 days after the record on appeal has been entered on the District Court docket.

The appellee must serve and file a brief not exceeding 25 pages in length 20 days after service of appellant's brief. If the appellee has filed a cross-appeal, the brief of appellee must contain the issues and argument pertinent to the cross-appeal, denominated as such.

The appellant must serve and file a reply brief not exceeding 15 pages in length 10 days after service of appellee's brief. If the appellee has filed a cross-appeal, the appellant must include its opposition in its reply brief.

The appellee may serve and file a reply to the opposition to any cross appeal not exceeding 15 pages in length 10 days after service of appellant's brief.

Pursuant to B.L.R. 8010-1, upon completion of the briefing, the assigned District Judge will set a date for oral argument, if needed; otherwise, the matter will be deemed submitted for decision.

Dated: Jun 25, 2008

For the Court
Richard W. Wieking, Clerk

Helen L. Almacen
By: Deputy Clerk

cc: USBC
    Counsel of Record