United States District Court
Northern District of California

# Document Locator

Case Number: C-08-3075 ~~MJJ~~ PJH

Date ~~Filed~~ Received: 7/29/08

Document Type:

    Reporter's Transcript: _____

    Trial Exhibits: _____

    Lodged Documents: _____

    Sealed Documents: _____

    Other: ✓ Bankruptcy Record on Appeal

Location:

    Expando File:  ✓
    (located next to file)

    Overflow Shelf: _____

    Vault: _____

    Other: _____

Document Number: #3

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

Gloria L. Franklin  San Francisco Bankruptcy Court  (415) 268-2300
Clerk of Court  235 Pine St.
P.O. Box 7341
San Francisco, CA 94120-7341

Richard W. Wieking, Clerk
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489

# 3

Re: Maria O. Segovia  *Main case No. 06-30387 TC*
*Judge Thomas E. Carlson*
**District Court Case no.  CV 08 3075 PJH**


Dear Mr. Wieking:

[ ] Enclosed please find a conformed copy of the notice of appeal, election to district court document, appellant designation, appellee designation, statement of issues, designated items to form the record on appeal, a certified copy of the docket and order being appealed for assignment to a district court judge.

[ ] Enclosed please find the notice of appeal, certified copy of the docket and order being appealed and related papers from BAP and designated items to form the record on appeal for assignment to a district court judge.

[X] Enclosed please find the Appellant Designation of Record, Statement of Issues on Appeal, record of designated items and a certificate of record for an appeal that has been previously sent to the district court.

[ ] Enclosed please find a Bankruptcy Judge's Recommendation that Appeal Be Dismissed and the Notice of Appeal and associated documents filed with the Bankruptcy Court.

Please acknowledge receipt of this appeal by stamping the district court case number on a copy of this letter and return it to *United States Bankruptcy Court, San Francisco Division.*


Gloria L. Franklin, Clerk
United States Bankruptcy Court

**ANNA CHO-WONG**

Dated: July 28, 2008    By: _____
Deputy Clerk    Anna Cho-Wong