UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re MARIA O. SEGOVIA,

    Debtor.
_____/

MARIA O. SEGOVIA,

    Debtor/Appellant,

    v.

E. LYNN SHOENMANN,

    Defendant/Appellee.
_____/

No. C 08-3075 PJH
Bankr. Case No. 06-30387
Adv. Case No. 05-3441

**JUDGMENT**

    Pursuant to the order affirming the bankruptcy court's judgment signed today, this appeal is DISMISSED.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 30, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge